# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS D. NORMAN,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF BEAUMONT POLICE<br>DEPARTMENT, et al.,<br>　　　Defendants. | ED CV 23-308 DSF (SPx)<br><br>ORDER TO SHOW CAUSE RE<br>DISMISSAL AND SANCTIONS<br>FOR LACK OF PROSECUTION<br>AND FAILURE TO OBEY<br>COURT ORDERS AND ORDER<br>TO SHOW CAUSE RE<br>ATTORNEY'S FEES |

　　　On February 28, 2023, this Court issued its Order Setting Scheduling Conference, which required, among other things, that plaintiff must draft and file a Joint Rule 26(f) Report and that "Lead trial counsel **must** attend the scheduling conference unless excused by the Court for good cause shown." Despite these clear orders, Plaintiff's counsel not only failed to draft and file a Joint Rule 26(f) Report, but – according to defense counsel – failed to cooperate with defense counsel's efforts to comply with the Order. Defense counsel filed a unilateral Report on April 3, 2023, describing the facts leading up to this failure. See Dkt. 9. Plaintiff's counsel filed nothing to rebut those facts. In addition, neither counsel for Plaintiff appeared at the scheduling conference on April 10, 2023.

　　　Plaintiff's counsel are each ordered to show cause in writing no later than April 24, 2023 why this matter should not be dismissed with prejudice and why each counsel should not be sanctioned in the amount of $500 for failure to prosecute this action and failure to comply with this court's orders. In addition, Plaintiff's counsel are ordered to show cause why they should not be required to reimburse Defendant for its attorney's fees incurred in

connection with this matter in an amount to be submitted no later than April 24, 2023.

      A hearing on this matter will be held on May 1, 2023 at 11:00 a.m. Failure to respond in writing or failure to appear for the hearing will result in dismissal with prejudice, sanctions, and an award of attorney's fees.

      IT IS SO ORDERED.

Date: April 10, 2023

                                        Dale S. Fischer
                                        United States District Judge