JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS NORMAN,<br>    Plaintiff,<br><br>         v.<br><br>CITY OF BEAUMONT POLICE<br>DEPARTMENT, et al.,<br>    Defendants. | 5:23-cv-308-DSF-SPx<br><br>JUDGMENT |

The Court having granted a motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: March 6, 2024

_____
Dale S. Fischer
United States District Judge